FILED ___ LODGED ___ RECEIVED ___ **MAIL**

MAY 06 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MERLIN KAUFFMAN, an individual, | NO. 2:24-MC-00010-TL |
| Plaintiff/Judgment Creditor, | **ANSWER TO WRIT OF GARNISHMENT** |
| v. | (FINANCIAL INSTITUTION) |
| TRANS HIGH CORPORATION, a New York company, and HIGH TIMES HOLDING CORPORATION, a Delaware company, | |
| Defendants/Judgment Debtors, | |
| SALAL CREDIT UNION, | |
| Garnishee Defendant. | |

**SECTION I.** On the date the writ of garnishment was issued as indicated by the date appearing on the last page of the writ:

(A) The Defendant/Judgment Debtor HIGH TIMES HOLDING CORPORATION: (check one) [ ] was, [✓] was not employed by garnishee. If not employed and you have no possession or control of any funds of Defendant/Judgment Debtor, indicate the last day of employment: _None_____; and complete section III of this answer and mail or deliver the forms as directed in the writ;

(B) The Defendant/Judgment Debtor HIGH TIMES HOLDING CORPORATION: (check one) [✓] did, [ ] did not maintain a financial account with Garnishee Defendant; and

(C) The Garnishee Defendant SALAL CREDIT UNION: (check one) [✓] did, [ ] did not have possession of or control over any funds, personal property, or effects of the Defendant/Judgment Debtor. (List all of Defendant/Judgment Debtor's personal property or effects in your possession or control on the last page of this answer form or attach a schedule if necessary.)

ANSWER TO WRIT OF GARNISHMENT
(FINANCIAL INSTITUTION) – 1

***SCHWEET LINDE & ROSENBLUM, PLLC***
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

**SECTION II.** At the time of service of the writ of garnishment on the Garnishee Defendant there was due and owing from the Garnishee Defendant to the above-named Defendant/Judgment Debtor $ 4856.35. If there is any uncertainty about your answer, give an explanation on the last page or on an attached page.

If there is any uncertainty about your answer, give an explanation on the last page or on an attached page.

**SECTION III.** An attorney may answer for the Garnishee Defendant.

Under penalty of perjury, I affirm that I have examined this answer, including accompanying schedules, and to the best of my knowledge and belief it is true, correct, and complete.

**SALAL CREDIT UNION**
_____
Signature of Garnishee Defendant

5/1/2024
_____
Date

*[signature]*
_____
Signature of person answering for Garnishee Defendant

Employee
_____
Connection with Garnishee Defendant

Davis Yasui
_____
Print name of person signing

9706 4th AVE NE
Seattle, WA 98115
_____
Address of Garnishee Defendant

ANSWER TO WRIT OF GARNISHMENT
(FINANCIAL INSTITUTION) – 2

***SCHWEET LINDE & ROSENBLUM, PLLC***
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

**SALAL CREDIT UNION**
PO BOX 75029
SEATTLE, WA
98175-0029

United States District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

98101-444285

CERTIFIED MAIL

9171 7199 9991 7036 1073 1965

SEATTLE WA 980
2 MAY 2024 PM 6

FILED ____ LODGED ____ RECEIVED ____
MAIL

MAY 06 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

ZIP 98
02 7W
0008026739
$005.04
MAY 02 2024