**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MERLIN KAUFFMAN, an individual, | Case No. 2:24-mc-00010-TL |
| Plaintiff/Judgment Creditor, | |
| v. | **JUDGMENT AND ORDER TO PAY** (FINANCIAL INSTITUTION) |
| TRANS HIGH CORPORATION, a New York company, and HIGH TIMES HOLDING CORPORATION, a Delaware company, | (Clerk's Action Required) |
| Defendants/Judgment Debtors, | |
| SALAL CREDIT UNION, | |
| Garnishee Defendant. | |

JUDGMENT SUMMARY

| | |
|---|---|
| Plaintiff/Judgment Creditor: | Merlin Kauffman |
| Garnishment Judgment Debtor: | Salal Credit Union |
| Garnishment Judgment Amount | $1,856.35 |
| Defendant/Judgment Debtor | High Times Holding Corporation |
| Judgments to bear interest at: | 0.00% |
| Attorney for Plaintiff/ Judgment Creditor | Schweet Linde & Rosenblum, PLLC |

IT APPEARING THAT Garnishee Defendant was indebted to Defendant/Judgment Debtor High Times Holding Corporation in the nonexempt amount of $1,856.35 (*see* Dkt. No. 7 at 2); that at the time the writ of garnishment was issued Defendant/Judgment Debtor High Times Holding Corporation maintained a financial institution account with Garnishee Defendant, or Garnishee Defendant had in its possession or control funds, personal property, or effects of Defendant/Judgment Debtor High Times Holding Corporation (*see id.* at 1); now, therefore, it is

JUDGMENT AND ORDER TO PAY
(FINANCIAL INSTITUTION) -1

hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff/Judgment Creditor is awarded judgment against Garnishee Defendant in the amount of $1,856.35; that Garnishee Defendant shall pay its judgment amount to Plaintiff/Judgment Creditor (or to Plaintiff/Judgment Creditor's attorney) through the registry of the court, and the clerk of the court shall note receipt thereof and forthwith disburse such payment to Plaintiff/Judgment Creditor through Plaintiff/Judgment Creditor's attorney. Garnishee Defendant is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED this 13th day of January 2025.

_____
Tana Lin
United States District Judge

JUDGMENT AND ORDER TO PAY
(FINANCIAL INSTITUTION) -2